UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CULLINS, an individual; SARAH CULLINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; CLEAR RECON CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants | CASE NO.: EDCV 17-1883-GW(SPx)<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[The Honorable S. George H. Wu]* |

On March 12, 2018, the Court issued an Order (Doc. No. 31) granting, without leave to amend, the Motion of Defendant WELLS FARGO BANK, N.A. (successor by merger with Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB) ("Wells Fargo") to Dismiss the Second Amended Complaint.

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Second Amended Complaint is hereby dismissed with prejudice;
2. Judgment is entered in favor of defendant Wells Fargo and against plaintiffs Christopher Cullins and Sarah Cullins on the Second Amended Complaint and all causes of action alleged therein;
3. Plaintiffs shall take and recover nothing in this action from defendant Wells Fargo; and
4. As the prevailing party, Wells Fargo shall be entitled to file motions to tax costs and for attorneys' fees.

**IT IS SO ORDERED.**

DATED: March 26, 2018

_____
GEORGE H. WU, U.S. District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On March 13, 2018, I served the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via The Court's CM/ECF System:**

| *Attorneys for Plaintiffs:* | *Attorneys for Defendant Clear Recon Corp.:* |
|---|---|
| Patricia Rodriguez, Esq.<br>RODRIGUEZ LAW GROUP, INC.<br>1492 W. Colorado Blvd., Suite 120<br>Pasadena, CA 91105<br><br>Tel: (626) 888-5206<br>Fax: (626) 282-0522<br><br>prod@attorneyprod.com | Genail M. Anderson, Esq.<br>Casper J. Rankin, Esq.<br>ALDRIDGE \| PITE, LLP<br>4375 Jutland Drive<br>San Diego, CA 92117<br><br>Direct Dial: (619) 326-2405<br>Direct Fax: (858) 412-2609<br><br>ganderson@aldridgepite.com<br>crankin@aldridgepite.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on March 13, 2018.

| Jill Ashley | */s/ Jill Ashley* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |